# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2005

128713

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KORCAMONI KAREGA MCCLELLAN
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128713
COA: 259130
Wayne CC: 03-010906-01

_____/

      On order of the Court, the application for leave to appeal the February 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., dissents and states as follows:

      I would remand this case to the trial judge to view the videotapes that she chose not to look at before and to reconsider defendant's motion to withdraw his plea.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2005

s1206

_____
Clerk